Certificate Number: 05781-PAE-DE-024776841

Bankruptcy Case Number: 14-19761



05781-PAE-DE-024776841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 1, 2015, at 1:43 o'clock PM PST, Anna Dorfner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 1, 2015                    By:    /s/Allison M Geving

                                           Name:  Allison M Geving

                                           Title: President